IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02566-RPM-MEH

MICHAEL GREEN,

    Plaintiff,

v.

PORTFOLIO RECOVERY ASSOCIATES, L.L.C., a Delaware limited liability company,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 8, 2012**.

    The Stipulated Motion for Entry of Protective Order [filed February 6, 2012; docket #12] is **granted**.  The parties' proposed Protective Order is accepted and filed contemporaneously with this minute order.